

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, )<br><br>Plaintiffs, )<br><br>v. )<br><br>GALAXY HEATING AND COOLING, INC., )<br>Defendant. ) | Civil Action No. 1:07cv688 |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 26, 2008. Defendant has not filed any objections to the Report and Recommendation. Based on a <u>de novo</u> review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. And it is hereby,

ORDERED that a default judgment be entered against, Defendant, that Defendant pay a judgment to Plaintiffs in the amount of $12,662.20 for failure to pay the delinquent Exit Contribution; $2,532.44 for liquidated damages for, and $2,152.23 in interest assessed at the rate of 12% per annum from the date due through the date of payment, late fees in the amount of

$50.00, and attorneys' fees and costs in the amount of $8,351.15.

                                                      /s/
                                     Claude M. Hilton
                             United States District Judge

Alexandria, Virginia
July _11_, 2008